## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERRY BEST** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-5027 |
| | : | |
| **DAVID VARANO, et al** | : | |

### ORDER

**AND NOW**, this 10th day of April, 2014, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 9), the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge (Document No. 13) and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Strawbridge is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

                                                      /s/Timothy J. Savage
                                                      TIMOTHY J. SAVAGE,  J.